**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Case No. 21mj15173-ESK

UNITED STATES OF AMERICA,

v.

FRANCISCO RODRIGUEZ,

    Defendant.

_____/

**CONSENT ORDER MODIFYING CONDITIONS OF RELEASE**

    **THIS MATTER** comes before the Court on consent of the parties and Pretrial Services to modify the Order Setting Conditions of Release, entered May 10, 2021, under which Mr. Rodriguez's was released on a personal surety bond with travel restricted to New York and New Jersey and the Order Setting Conditions of Release, entered July 26, 2022, under which Mr. Rodriguez is permitted to travel to Pennsylvania and Connecticut for work purposes. Mr. Rodriguez requests a modification of his bond to permit him to travel to visit his brother in Belle Isle, Florida from April 6, 2023 to April 11, 2023.  Accordingly, for good cause show, and without objection of Pretrial Services or the government,

    **IT IS** on this _____ day of March, 2023,

    **ORDERED** that the Defendant's bond is hereby modified.  Mr. Rodiguez is permitted to travel to Florida to visit family between April 6, 2023 and April 11, 2023. The remaining conditions of bond remain in effect.

    **IT IS SO ORDERED.**

                                                            s/Cathy L. Waldor 3/22/23
                                                          HON. CATHY L. WALDOR
                                                          UNITED STATES MAGISTRATE JUDGE